UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOK HOME, an Ohio citizen,<br><br>               Plaintiff,<br><br>     v.<br><br>ALTRIDER, LLC, a Washington limited liability company; JEREMY LEBRETON, a Washington citizen; and DOES 1 through 10, inclusive.<br><br>               Defendants. | Case No.  2:16-cv-01535-RSM<br><br>ORDER FOR VOLUNTARY PARTIAL DISMISSAL OF ACTION WITHOUT PREJUDICE |

THIS MATTER having come regularly before the undersigned Judge in the above-captioned action, the Court having considered the Stipulation of the parties, and the Court deeming itself otherwise fully advised in the premises, now, and therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims against Defendant Altrider, LLC in this action are hereby voluntarily dismissed without prejudice.  This order does not affect Plaintiff's claims against any other party.

ORDER FOR VOLUNTARY PARTIAL DISMISSAL
OF ACTION WITHOUT PREJUDICE – Page 1

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

DATED this 7 day of August, 2017.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE


Presented by:

GORDON & REES LLP


By: *s/ Allen W. Estes, III*
Allen W. Estes, III, WSBA No. 34526
Petra N. Ambrose, WSBA No. 48924
701 5th Avenue, Suite 2100
Seattle, WA 98104
Tel.: (206) 695-5100
Fax: (206) 689-2822
Email: aestes@gordonrees.com
Email: pambrose@gordonrees.com
*Attorneys for Plaintiff Lok Home*


ORDER FOR VOLUNTARY PARTIAL DISMISSAL
OF ACTION WITHOUT PREJUDICE – Page 2

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1122395/33222591v.1