THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOK HOME, an Ohio Citizen,

        Plaintiff,

v.

ALTRIDER, LLC, a Washington Limited Liability Company; JEREMY LEBRETON, a Washington Citizen; and DOES 1 through 10, inclusive.

        Defendants.

Case No. 2:16-cv-01535-RSM

STIPULATED MOTION AND ORDER TO EXTEND EXISTING DISCOVERY DEADLINES

## STIPULATION

Plaintiff Lok Home ("Plaintiff") and Defendant Jeremy LeBreton ("Defendant") hereby submit this Stipulated Motion and [Proposed] Order to continue the following discovery deadlines in the above-captioned case:

WHEREAS, on September 30, 2016 , Plaintiff filed the present action;

WHEREAS, on April 17, 2017, Plaintiff filed a First Amended Complaint [Dkt. 13];

WHEREAS, on May 1, 2017, Defendant filed its Answer to Plaintiff's First Amended Complaint [Dkt. 17];

WHEREAS, on June 9, 2017, the parties filed a Stipulation for Voluntary Partial Dismissal Without Prejudice (and proposed order) as to Defendant Altrider, LLC only [Dkt. 19],

STIPULATED MOTION AND ORDER
TO EXTEND DISCOVERY DEADLINES – Page 1
(Case No. 2:16-cv-01535-RSM)

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

and said Stipulation was granted per the Court's Order on August 7, 2017 [Dkt. 23];

WHEREAS, on August 4, 2017, the Court issued its Order Setting Trial Date and Related Dates [Dkt. 22] setting the following discovery deadlines:

| | |
|---|---|
| Disclosure of expert testimony under FRPCP 26(a)(2): | January 24, 2018 |
| Deadline for filing discovery motions (per LCR 7(d)(3)): | February 12, 2018 |
| Discovery completed by: | March 16, 2018 |
| Deadline for filing dispositive motions (per LCR 7(d)): | April 20, 2018 |

WHEREAS, the parties are working together to resolve the matter and request that the Court grant this Stipulated Motion and [Proposed] Order to Extend Existing Discovery Deadlines in order to allow the parties to continue (and finalize) settlement negotiations, and

WHEREAS, this is a first continuance requested by the parties and this continuance does not alter the trial date set in this matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, and subject to the Court's approval, that the dates previously set by this Court be continued as follows:

| Old Date | Proposed Date | Deadline |
|---|---|---|
| February 12, 2018 | March 7, 2018 | Discovery Motions |
| March 16, 2018 | April 9, 2018 | Discovery Cut-off |
| April 20, 2018 | May 14, 2018 | Dispositive Motions |

///

///

///

///

STIPULATED MOTION AND ORDER
TO EXTEND DISCOVERY DEADLINES – Page 2
(Case No. 2:16-cv-01535-RSM)

GORDON & REES LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

IT IS SO STIPULATED.

| | |
|---|---|
| Date: February 9, 2018 | Date: February 9, 2018 |
| GORDON REES SCULLY MANSUKHANI | TOUSLEY BRAIN STEPHENS PLLC |
| By: *s/ John V. Leary*<br>Allen W. Estes, III, WSBA No. 34526<br>John V. Leary, WSBA No. 36345<br>701 5th Avenue, Suite 2100<br>Seattle, WA 98104<br>Tel.: (206) 695-5100<br>Fax: (206) 689-2822<br>Email: aestes@grsm.com<br>Email: jleary@grsm.com<br>*Attorneys for Plaintiff Lok Home* | By: *s/ Jason T. Dennett*<br>Jason T. Dennett, WSBA No. 30686<br>James M. Bulthuis, WSBA No. 44089<br>1700 Seventh Ave., Ste 2200<br>Seattle, WA 98101<br>Tel.: (206) 682-5600<br>Fax: (206) 682-2992<br>Email: jdennett@tousley.com<br>Email: jbulthuis@tousley.com<br>*Attorneys for Defendant Jeremy LeBreton* |

## **ORDER**

Based upon the foregoing Stipulation of the Parties, IT IS SO ORDERED.

DATED February 12, 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

GORDON & REES LLP

By: s/ John V. Leary
Allen W. Estes, III, WSBA No. 34526
John V. Leary, WSBA #37345

STIPULATED MOTION AND ORDER
TO EXTEND DISCOVERY DEADLINES – Page 3
(Case No. 2:16-cv-01535-RSM)

1122395/36772113v.1

GORDON & REES LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822