UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOK HOME, an Ohio citizen,

    Plaintiff,

v.

ALTRIDER, LLC, a Washington limited liability company; JEREMY LEBRETON, a Washington citizen; and DOES 1 through 10, inclusive.

    Defendants.

Case No. C16-1535 RSM

**ORDER FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

THIS MATTER having come regularly before the undersigned Judge in the above-captioned action, the Court having considered the Stipulation of the parties, and the Court deeming itself otherwise fully advised in the premises, now, and therefore, it is hereby:

///

///

///

ORDER FOR VOLUNTARY DISMISSAL
OF ACTION WITH PREJUDICE – Page 1

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

ORDERED, ADJUDGED AND DECREED that all claims against Defendant Jeremy LeBreton, and DOES 1 through 10, in this action are hereby voluntarily dismissed with prejudice and without costs.

DATED this 30th day of March 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

GORDON REES LLP

By: *s/ John V. Leary*
Allen W. Estes, III, WSBA No. 34526
John V. Leary, WSBA No. 36345
701 5th Avenue, Suite 2100
Seattle, WA 98104
Tel.: (206) 695-5100
Fax: (206) 689-2822
Email: aestes@grsm.com
Email: jleary@grsm.com
*Attorneys for Plaintiff Lok Home*

ORDER FOR VOLUNTARY DISMISSAL
OF ACTION WITH PREJUDICE – Page 2

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1122395/37388414v.1